

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Jeffrey Allen Lindsay, | § | No. 08-18-00212-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| The Estate of Roy Orey Lindsay, Sr., Roy A. Lindsay, Rainey L. Lindsay, Susan Lindsay Thomas, Joni K. Lindsay, Roy A. ("Sonny") Lindsay, and Hanging H. Ranch, Inc., | § | of Reeves County, Texas |
| | § | (TC# 13-12-20542 P3137) |
| | § | |
| Appellees. | § | |

## **O R D E R**

On February 21, 2019, this Court granted the parties an extension of time to abate the appeal until July 1, 2019. As of this date, neither party has filed the necessary motion to dispose of the appeal. Therefore, on the Court's own motion we REINSTATE the appeal and reporter's record is due on or before July 22, 2019.

IT IS SO ORDERED this 12th day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.